IN THE MATTER OF JEFFREY M. ADAMS,
AN ATTORNEY AT LAW.

June 25, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–276, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **JEFFREY M. ADAMS** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of one year based on discipline imposed in the State of New York, effective May 10, 2007, for unethical conduct that in New Jersey violates *RPC* 1.15(a) (failure to safekeep and negligent misappropriation of client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and *Rule* 1:20–20 (failure to comply with another jurisdiction's rules regulating the sharing of quantum meruit fees with suspended attorneys);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JEFFREY M. ADAMS** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to May 10, 2007; and it is further

ORDERED that respondent shall not be reinstated to practice in New Jersey until reinstated in New York; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.